# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SCOTT ZEAN SHIGLEY,<br><br>Defendant. | CR 09-115-GF-BMM<br><br>ORDER GRANTING UNOPPOSED MOTION TO VACATE |

Defendant Scott Zean Shigley filed a motion for early termination of his supervised release. Doc. 69. The Court set a hearing on the motion. Doc. 71. The United States moves the Court to vacate the August 4, 2020, hearing. Doc. 72. The motion to vacate the hearing is unopposed. Good cause appearing,

IT IS HEREBY ORDERED that the August 4, 2020, hearing is VACATED.

DATED this 3rd day of August, 2020.

_____
Brian Morris, Chief District Judge
United States District Court

1